NONA M. GLEASON, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Gleason* v. *N. Y. C. & H. R. R. R. Co.*, 132 App. Div. 947, affirmed.
(Argued October 4, 1910; decided October 25, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 28, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a

new trial in an action to recover for personal injuries alleged to have been sustained through defendant's negligence.

*Charles A. Pooley* for appellant.

*Irving L'Hommedieu* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BART-LETT, HISCOCK and CHASE, JJ.